UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIAM G. DOYEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CV364 HEA |
| ) | |
| JO ANNE B. BARNHARD, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## OPINION AND ORDER

This matter is before the Court on appeal from an adverse ruling of the Social Security Administration denying the application of Plaintiff, William G. Doyel for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. §§ 401, *et seq*. The Court referred this matter to United States Magistrate Judge David D. Noce for a report and recommendation on all pretrial matters pursuant to 28 U.S.C. § 636(b).

On February 10, 2006, Judge Noce filed his Order and Recommendation that the decision of the Commissioner be affirmed under Sentence 4 of 42 U.S.C. § 405(g). To date, no objections to the recommendation have been filed by either party.

After careful consideration, the Court will adopt and sustain the thorough and well-reasoned Report and Recommendation of Magistrate Judge Noce.

Accordingly,

**IT IS HEREBY ORDERED** that pursuant to 42 U.S.C. § 405(g), the decision of the Commissioner is affirmed.

Dated this 2nd day of March, 2006.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE