UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIAM G. DOYEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:05CV364 HEA |
| | ) |
| JO ANNE B. BARNHARD, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that pursuant to 42 U.S.C. § 405(g), the decision of the Commissioner is affirmed.

Dated this 2nd day of March, 2006.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE